UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JHEN P. GARCIA,<br><br>         Plaintiff,<br><br>  -against-<br><br>35 W. 9TH OWNERS CO-OP, et al.,<br><br>         Defendants. | 1:24-cv-02482 (ALC) (SDA)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  On September 30, 2025, this Court issued an Opinion and Order denying without prejudice the Defendants' motion to compel arbitration (ECF No. 42). Due to this denial, the Defendants had until October 14, 2025 to answer or otherwise respond to the Complaint. On such date, Defendants filed a Motion to Compel Arbitration and Stay the Action. Accordingly, the Court sets the following briefing schedule:

  Plaintiff's Opposition:    November 17, 2025

  Defendants' Reply, if any:  November 24, 2025

**SO ORDERED.**

Dated: **October 17, 2025**
     **New York, New York**

                             _/s/ Andrew L. Carter, Jr._
                             **ANDREW L. CARTER, JR.**
                             **United States District Judge**