USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/9/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JHEN P. GARCIA,** <br><br>                               **Plaintiff,** <br><br>              **-against-** <br><br> **35 W. 9TH OWNERS CO-OP, et al.,** <br><br>                         **Defendants.** | **1:24-cv-02482 (ALC) (SDA)** <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On March 6, 2026, Plaintiff filed a motion for leave to appeal in forma pauperis. *See* ECF No. 68. Plaintiff was previously granted leave to proceed in forma pauperis. *See* ECF No. 5. As reflected on the docket, Plaintiff's interlocutory appeal was filed in forma pauperis and an appeal fee is not required. *See* ECF No. 67. As such, Plaintiff's motion is **DENIED** as moot.

The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 68.

**SO ORDERED.**

**Dated:**    **March 9, 2026**
              **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**