USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/9/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JHEN P. GARCIA,

                            Plaintiff,

        -against-

35 W. 9TH OWNERS CO-OP, et al.,

                            Defendants.

1:24-cv-02482 (ALC) (SDA)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On March 6, 2026, Plaintiff filed a motion to stay arbitration pending her interlocutory appeal. *See* ECF No. 69. Defendants are ordered to respond indicating their position by **March 12, 2026**.

**SO ORDERED.**

Dated:    **March 9, 2026**
          **New York, New York**

                            **ANDREW L. CARTER, JR.**
                            **United States District Judge**