**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Jhen P. Garcia,

                              Plaintiff,

        -against-

35 W. 9th Owners Co-op et al.,

                              Defendants.

**1:24-cv-02482 (ALC) (SDA)**

**ORDER FOR**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

This case has been referred to the undersigned for general pretrial management and the specific non-dispositive motion/dispute at ECF No. 69. (*See* Amended Order, ECF No. 73.)  The parties are directed to appear for a telephone conference on Thursday, March 19, 2026, at 2:00 p.m. to discuss that motion. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:        New York, New York
              March 13, 2026

_____
STEWART D. AARON
United States Magistrate Judge