**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Jhen P. Garcia,

Plaintiff,

-against-

35 W. 9th Owners Co-op et al.,

Defendants.

1:24-cv-02482 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which Plaintiff appeared and counsel for Defendants also appeared to address Plaintiff's motion to stay arbitration pending appeal. Defendants stated on the record during the telephone conference that it is not their intention to commence an arbitration proceeding prior to the Second Circuit ruling on Plaintiff's interlocutory appeal (see 3/6/26 Notice of Appeal at ECF No. 67). Because Plaintiff himself can simply refrain from filing arbitration until the Second Circuit renders its decision on his appeal, his motion to stay arbitration pending appeal (ECF No. 69) is hereby DENIED AS MOOT.

**SO ORDERED.**

Dated:    New York, New York
          March 19, 2026

_____
STEWART D. AARON
United States Magistrate Judge